**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Couchenour<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5798<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susan A. Couchenour<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3754<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   23–20280–CMB

## Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Couchenour                                    Susan A. Couchenour

6/28/23                                             **By the court:**   Carlota M Bohm
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20280-CMB |
| David Couchenour | Chapter 7 |
| Susan A. Couchenour | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 28, 2023 | Form ID: 318 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Couchenour, Susan A. Couchenour, 14081 Lexington Place, North Huntingdon, PA 15642-1485 |
| 15571681 | + | Allegheny Clinic Radiology, PO Box 1198, Somerset, PA 15501-0336 |
| 15570988 | + | Atlantic Diagnostic Laboratories, 3520 Progress Drive, Suite C, Bensalem, PA 19020-5810 |
| 15569338 | + | BMO Harris, 5565 Glen Ridge Connector, Atlanta, GA 30342-4756 |
| 15569349 | + | Magisterial District Judge 50-3-04, Honorable David T. Kovach, 9028 Marshall Road, Cranberry Twp, PA 16066-3604 |
| 15571005 | + | Premier Medical Associates, 3824 Northern Pike Suite 700, One Monroeville Center, Monroeville, PA 15146-4048 |
| 15569352 | + | Premier Medical Asssociates, PO Box 643773, Pittsburgh, PA 15264-3773 |
| 15569362 | + | USX FCU, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15569364 | + | Usx Federal Credit Union, 100 Blair Blvd., New Stanton, PA 15672-9458 |
| 15569363 | | Usx Federal Credit Union, P O Box 3780, Harrisburg, PA 17105 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 29 2023 04:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 29 2023 04:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 29 2023 04:21:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15571680 | ^ | MEBN | Jun 29 2023 00:27:26 | Advanced Wound Center, c/o Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 15569337 | ^ | MEBN | Jun 29 2023 00:28:16 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15569341 | + | EDI: CAPITALONE.COM | Jun 29 2023 04:21:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15569339 | + | EDI: CAPITALONE.COM | Jun 29 2023 04:21:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

Case 23-20280-CMB   Doc 21   Filed 06/30/23   Entered 07/01/23 00:27:19   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: 318 | Total Noticed: 39 |

| Recipient ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 15569344 | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15569343 | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15570996 | Email/Text: collecadminbankruptcy@fnni.com | Jun 29 2023 00:29:00 | First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15570997 | ^ MEBN | Jun 29 2023 00:28:21 | GreenSky, PO Box 2730, Alpharetta, GA 30023-2730 |
| 15569345 | + Email/Text: bankruptcy@greenskycredit.com | Jun 29 2023 00:28:00 | Greensky LLC, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15569346 | + Email/Text: bankruptcy@greenskycredit.com | Jun 29 2023 00:28:00 | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 15569348 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2023 00:30:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 15569347 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 29 2023 00:30:00 | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15569350 | + Email/PDF: lossmitigation@nwfcu.org | Jun 29 2023 00:54:58 | Northwest Federal Credit Union, 200 Spring, Herndon, VA 20170-5292 |
| 15569351 | + Email/PDF: lossmitigation@nwfcu.org | Jun 29 2023 00:38:41 | Northwest Federal Credit Union, Attn: Bankruptcy, 200 Spring St, Herndon, VA 20170-5292 |
| 15569353 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15569354 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 29 2023 00:36:00 | Quicken Loans / Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15569355 | Email/Text: amieg@stcol.com | Jun 29 2023 00:28:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15571008 | Email/Text: amieg@stcol.com | Jun 29 2023 00:28:00 | State Collection Service, 2509 S. Stoughton Road, PO Box 6250, Madison, WI 53716-0250 |
| 15569357 | + EDI: RMSC.COM | Jun 29 2023 04:21:00 | SYNCB/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15569356 | + EDI: RMSC.COM | Jun 29 2023 04:21:00 | SYNCB/Home Design, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15569486 | + EDI: RMSC.COM | Jun 29 2023 04:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15569359 | + EDI: RMSC.COM | Jun 29 2023 04:21:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15569358 | + EDI: RMSC.COM | Jun 29 2023 04:21:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15571013 | EDI: WTRRNBANK.COM | Jun 29 2023 04:21:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 15569361 | + EDI: WTRRNBANK.COM | Jun 29 2023 04:21:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15569360 | + EDI: WTRRNBANK.COM | Jun 29 2023 04:21:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| 15570987 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15571682 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15571683 | *+ | Atlantic Diagnostic Laboratories, 3520 Progress Drive, Suite C, Bensalem, PA 19020-5810 |
| 15570989 | *+ | BMO Harris, 5565 Glen Ridge Connector, Atlanta, GA 30342-4756 |
| 15571684 | *+ | BMO Harris, 5565 Glen Ridge Connector, Atlanta, GA 30342-4756 |
| 15569342 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15570992 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15570993 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15571687 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15571688 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15569340 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15570990 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15570991 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15571685 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15571686 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15570995 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15571690 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 15570994 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15571689 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 15571691 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 15571692 | * | GreenSky, PO Box 2730, Alpharetta, GA 30023-2730 |
| 15570998 | *+ | Greensky LLC, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15571693 | *+ | Greensky LLC, 1797 Ne Expressway, Atlanta, GA 30329-2451 |
| 15570999 | *+ | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 15571694 | *+ | Greensky Llc, Attn: Bankruptcy, 1797 Northeast Expy Ne, Ste 100, Atlanta, GA 30329-2451 |
| 15571001 | *+ | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 15571696 | *+ | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 15571000 | *+ | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15571695 | *+ | Keybank NA, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15571002 | *+ | Magisterial District Judge 50-3-04, Honorable David T. Kovach, 9028 Marshall Road, Cranberry Twp, PA 16066-3604 |
| 15571697 | *+ | Magisterial District Judge 50-3-04, Honorable David T. Kovach, 9028 Marshall Road, Cranberry Twp, PA 16066-3604 |
| 15571003 | *+ | Northwest Federal Credit Union, 200 Spring, Herndon, VA 20170-5292 |
| 15571698 | *+ | Northwest Federal Credit Union, 200 Spring, Herndon, VA 20170-5292 |
| 15571004 | *+ | Northwest Federal Credit Union, Attn: Bankruptcy, 200 Spring St, Herndon, VA 20170-5292 |
| 15571699 | *+ | Northwest Federal Credit Union, Attn: Bankruptcy, 200 Spring St, Herndon, VA 20170-5292 |
| 15571700 | *+ | Premier Medical Associates, 3824 Northern Pike Suite 700, One Monroeville Center, Monroeville, PA 15146-4048 |
| 15571006 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15571701 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15571007 | *+ | Quicken Loans / Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15571702 | *+ | Quicken Loans / Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15571703 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, PO Box 6250, Madison, WI 53716-0250 |
| 15571010 | *+ | SYNCB/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15571705 | *+ | SYNCB/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15571009 | *+ | SYNCB/Home Design, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15571704 | *+ | SYNCB/Home Design, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15571012 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15571707 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15571011 | *+ | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15571706 | *+ | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15571708 | * | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |

| | | |
|---|---|---|
| 15571015 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15571710 | *+ | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 15571014 | *+ | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15571709 | *+ | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 15571016 | *+ | USX FCU, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15571711 | *+ | USX FCU, PO Box 1728, Cranberry Twp, PA 16066-0728 |
| 15571018 | *+ | Usx Federal Credit Union, 100 Blair Blvd., New Stanton, PA 15672-9458 |
| 15571713 | *+ | Usx Federal Credit Union, 100 Blair Blvd., New Stanton, PA 15672-9458 |
| 15571017 | * | Usx Federal Credit Union, P O Box 3780, Harrisburg, PA 17105 |
| 15571712 | * | Usx Federal Credit Union, P O Box 3780, Harrisburg, PA 17105 |

TOTAL: 1 Undeliverable, 60 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Susan A. Couchenour julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor David Couchenour julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com;awerkmeister@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 5